UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

United States of America

vs                                                                    5:05-cr-74

Cicero Dixon
_____

## ORDER CORRECTING SENTENCE

On October 9, 2009 the above named defendant's term of supervised release was revoked. He was sentenced to 20 months imprisonment and an 18 month term of supervised release. Subsequently, it was determined that the maximum term of supervised release available is 16 months, and, it was the Court's intention to impose the maximum term.  Therefore, it is

ORDERED that the term of supervised release imposed is corrected to 16 months.

All other terms of the sentence remain the same.

IT IS SO ORDERED.
October 15, 2009

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge